AO 442 (Rev. 11/11) Arrest Warrant

1154913?

U.S. MARSHAL-DC AM9:19
RECEIVED MAY 3 '23

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

MARIO ERNESTO BENITEZ

*Defendant*

)  Case: 1:23-cr-00142
)  Assigned To : Friedrich, Dabney L.
)  Assign. Date : 5/2/2023
)  Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  MARIO ERNESTO BENITEZ
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE COCAINE AND FOUR HUNDRED GRAMS OR MORE OF FENTANYL;
FORFEITURE: 21 U.S.C. § 853(a) and (p)

Date: 05/02/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.05.02 14:29:39 -04'00'

*Issuing officer's signature*

City and state: WASHINGTON, D.C.       G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 5/2/23, and the person was arrested on *(date)* 5/3/23
at *(city and state)* Washington, DC

Date: 5/3/23

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK
Laurence Pierre-Louis
Digitally signed by Laurence Pierre-Louis
Date: 2023.05.02 16:07:31 -04'00'

*Arresting officer's signature*

Paul J. West, SA FBI
*Printed name and title*